1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 WENTAO WANG,                          )
                                         ) Case No. 06-6998 JW PVT
13              Petitioner,              )
                                         )
14       v.                              )
                                         )
15 MICHAEL CHERTOFF, Secretary,          ) **STIPULATION TO DISMISS; AND**
   Department of Homeland Security;      ) **[PROPOSED] ORDER**
16 EMILIO GONZALEZ, Director, U.S.       )
   Citizenship and Immigration Services; )
17 CHRISTINA POULOS, Acting Director,    )
   California Service Center of U.S. Citizenship and )
18 Immigration Services; and             )
   MICHAEL A. CANNON, National Name Check )
19 Section Chief, FBI,                   )
                                         )
20              Respondents.             )
                                         )
21

22
       Petitioner, by and through his attorney of record, and Respondents, by and through their
23
   attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action
24
   in light of the approval of Petitioner's adjustment of status application (Form I-485).
25
       Each of the parties shall bear their own costs and fees.
26
   ///
27
   ///
28

   Stipulation to Dismiss
   C06-6998 JW                          1

Dated: February 5, 2007                    Respectfully submitted,

                                               KEVIN V. RYAN
                                           United States Attorney


                                                    /s/
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Respondents


Dated: February 5, 2007                             /s/
                                           TERESA CAI
                                           Attorney for Petitioner


**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.


Date:   2/7/2007                           _____
                                           JAMES WARE
                                           United States District Judge

Stipulation to Dismiss
C06-6998 JW                                2